IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 5:99cr28-SPM

JASON LEON HARDY,

               Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant Jason Leon Hardy's
motion to reduce sentence under 18 U.S.C. § 3582(c) and the retroactive crack
cocaine amendment (Amendments 706 and 711).

Upon review, the Court finds that Defendant is not entitled to a sentence
reduction.  An application of the amendment results in no change to Defendant's
sentencing range because of the career offender enhancement, which sets
Defendant's offense level at 37.  With a 3 point reduction for acceptance of
responsibility, Defendant's total offense level remains at level 34, and his
guideline range remains 262-327 months as originally calculated.  Accordingly, it
is

ORDERED AND ADJUDGED that the motion for reduction of sentence

(doc. 173) is denied.

DONE AND ORDERED this 30th day of April, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge